IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00879-REB-KLM

LUIS QUEZADA,

     Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado,

     Defendant.
_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendant and Interested Party Department of Homeland Security's **Joint Motion for Leave to Exceed the 15-Page Limit for the Briefing on the Motion to Quash the Subpoenas Issued to DHS Employees by Sheriff Ted Mink** [Docket No. 39; Filed September 1, 2010] ("Joint Motion").

IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**.  The Court accepts the briefing as filed [Docket Nos. 40 & 41].  A written order will be issued on the discovery dispute addressed therein in due course.

     Dated:  September 7, 2010