IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00879-REB-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Complaint and Join Additional Parties** [Docket No. 44; Filed September 13, 2010] (the "Motion"). Pursuant to the Motion, Plaintiff seeks to join eight federal Defendants, assert more detailed allegations against Defendant Mink, and eliminate the Eighth Amendment claim asserted against him. Defendant Mink does not oppose the request. The Court notes that the Motion is timely as the pleading amendment deadline expires on September 16, 2010 [Docket No. 31]. Further, I note that there does not appear to be any reason to deny the Motion given the stage of the case, the fact that Plaintiff's claims against the federal Defendants arise out of the same transaction and occurrence in the pending lawsuit, and the well recognized principle that leave to amend should be freely given when justice so requires. *See* Fed. R. Civ. P. 15(a)(2) & 20. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts the Second Amended Complaint [Docket No. 44-1 at 2-27] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant Mink shall answer or otherwise respond to the Second Amended Complaint on or before **October 4, 2010**.

    IT IS FURTHER **ORDERED** that Plaintiff shall effect service on the federal Defendants on or before **October 4, 2010**.

    IT IS FURTHER **ORDERED** that on or before **September 17, 2010**, Defendant Mink shall file a status report indicating whether the inclusion of the federal Defendants in this lawsuit impacts his outstanding subpoenas issued to ICE employees.

    Dated: September 14, 2010