IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00879-REB-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado,

    Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff Luis Quezada's and Defendant Jefferson County Sheriff Ted Mink's Joint Motion to Vacate Discovery Deadlines and Set a New Scheduling Conference** [Docket No. 66; Filed November 1, 2010] (the "Motion").  Pursuant to the Motion, the parties jointly request to suspend discovery-related deadlines until the newly added ICE Defendants have entered their appearance.[1]  In addition, the parties request that the Court reconvene the Scheduling Conference and set new discovery-related deadlines.  However, the Court notes that a trial date has been set in this matter for May 2, 2011 [Docket No. 18].  As such, the Court cannot take any action that would negatively impact the parties' ability to prepare for trial on the date currently set.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**.  To the extent that the parties seek to extend discovery-related deadlines, the Motion is **granted**.  To the extent that the parties seek to suspend discovery-related deadlines and reconvene the Scheduling Conference, the Motion is **denied**.

    IT IS FURTHER **ORDERED** that the Scheduling Order entered on July 1, 2010 [Docket No. 19] is amended to extend the following discovery-related deadlines.  In addition, the Court *sua sponte* extends the dispositive motions deadline.

-     Expert Disclosure Deadline    **January 3, 2011**
-     Rebuttal Expert Disclosure Deadline    **January 17, 2011**

---

[1] The Court notes that the newly sued ICE Defendants' answer deadline is December 7, 2010 [Docket No. 46].

- Service of Written Discovery Requests **January 19, 2011**
- Discovery Deadline **February 21, 2011**
- Dispositive Motions Deadline **March 7, 2011**

No further extensions of these deadlines will be permitted unless the parties request and receive a new trial date from the District Judge assigned to this matter.

Dated:  November 2, 2010