IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00879-REB-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado;
JOHN LONGSHORE, in his individual capacity as Director of the ICE Denver Field Office;
JASON CLEMENS, in his individual capacity as Immigration Enforcement Agent in ICE's Denver Field Office;
BRET R. TALBOT, in his individual capacity as Immigration Enforcement Agent in ICE's Denver Field Office;
WAYNE RICHARDSON, in his individual capacity as an employee in ICE's Denver Field Office;
JEFF JENKINS, in his individual capacity as an employee in ICE's Denver Field Office;
EDDIE SANCHEZ, in his individual capacity as an employee in ICE's Denver Field Office; and
SHANNON SANTOS, in his individual capacity as an employee in ICE's Denver Field Office,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Complaint to Add the Untied States as a Party** [Docket No. 78; Filed December 14, 2010] (the "Motion").  Pursuant to the Motion, Plaintiff seeks to join the United States as a Defendant and add claims against it pursuant to the Federal Tort Claims Act.  Defendant Mink does not oppose the request.  Counsel for the remaining federal Defendants does not oppose the request, but reserves the right to pursue dispositive issues via motion to dismiss.  The Court notes that the Motion is not timely.  The pleading amendment deadline expired on September 16, 2010 [Docket No. 31].  Nevertheless, I find that Plaintiff has provided good cause for an extension due to length of time it took to exhaust Plaintiff's administrative remedies as statutorily required prior to pursuing tort claims against the United States.  Despite the delay, and given that Plaintiff's claims against the United States arise out of the same transaction and occurrence in the pending lawsuit, I find that justice would be served by amendment.  See Fed. R. Civ. P. 15(a)(2) & 20.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. **No further amendments shall be permitted.**

IT IS FURTHER **ORDERED** that the Court accepts the Third Amended Complaint [Docket No. 78-1 at 2-29] for filing as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that previously-served Defendants shall answer or otherwise respond to the Third Amended Complaint on or before **January 10, 2011**.

IT IS FURTHER **ORDERED** that Plaintiff shall effect service on the United States on or before **December 30, 2010**. The United States shall respond to the Third Amended Complaint as provided for by the Federal Rules of Civil Procedure.

Dated: December 16, 2010