**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00879-REB-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, Sheriff of Jefferson County, Colorado, in his official capacity,
JOHN LONGSHORE, Director of the ICE Denver Field Office, in his individual capacity,
JASON CLEMENS, Immigration Enforcement Agent in ICE's Denver Field Office, in his individual capacity,
BRET R. TALBOT, Immigration Enforcement Agent in ICE's Denver Field Office, in his individual capacity,
KELLI SAYERS, Immigration Enforcement Agent in ICE's Denver Field Office, in her individual capacity,
WAYNE RICHARDSON, employee in ICE's Denver Field Office, in his individual capacity,
JEFF JENKINS, employee in ICE's Denver Field Office, in his individual capacity,
EDDIE SANCHEZ, employee in ICE's Denver Field Office, in his individual capacity,
SHANNON SANTOS, employee in ICE's Denver Field Office, in his individual capacity,
and
UNITED STATES OF AMERICA,

    Defendants.

---

## ORDER DENYING AS MOOT MOTION TO DISMISS

**Blackburn, J.**

    The matter before me is the **Motion To Dismiss for Lack of Jurisdiction, Failure to State a Claim, and Qualified Immunity by Defendants Longshore, Clemens, Talbot, Sayers, Richardson, Jenkins, Sanchez, and Santos** [#76][1] filed December 7, 2010. After this motion was filed, plaintiff filed **Plaintiff Luis Quezada's**

---

[1] "[#76]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Unopposed Motion To Amend Complaint To Add the United States as a Defendant** [#78] on December 14, 2010.  The magistrate judge subsequently granted leave to file the amended complaint (**Minute Order** [#82] filed December 16, 2010), and plaintiff's **Third Amended Complaint and Jury Demand** [#84] filed December 16, 2010, has now been filed on the docket.

The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint.  *See Griggs v. Jornayvaz*, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); *United States ex rel. Babb v. Northrop Grumman Corp.*, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007).  Therefore, the motion to dismiss is moot and will be denied on that basis.

**THEREFORE, IT IS ORDERED** that the **Motion To Dismiss for Lack of Jurisdiction, Failure to State a Claim, and Qualified Immunity by Defendants Longshore, Clemens, Talbot, Sayers, Richardson, Jenkins, Sanchez, and Santos** [#76] filed December 7, 2010, is **DENIED** as moot.

Dated December 21, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge