IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00879-REB-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado;
JOHN LONGSHORE, in his individual capacity as Director of the ICE Denver Field Office;
JASON CLEMENS, in his individual capacity as Immigration Enforcement Agent in ICE's Denver Field Office;
BRET R. TALBOT, in his individual capacity as Immigration Enforcement Agent in ICE's Denver Field Office;
KELLI SAYERS, in her individual capacity as Immigration Enforcement Agent in ICE's Denver Field Office;
WAYNE RICHARDSON, in his individual capacity as an employee in ICE's Denver Field Office;
JEFF JENKINS, in his individual capacity as an employee in ICE's Denver Field Office;
EDDIE SANCHEZ, in his individual capacity as an employee in ICE's Denver Field Office;
SHANNON SANTOS, in his individual capacity as an employee in ICE's Denver Field Office, and
UNITED STATES OF AMERICA,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Longshore, Clemens, Talbot, Sayers, Richardson, Jenkins, Sanchez and Santos' **Unopposed *Bivens* Defendants' Motion for Clarification and/or to Be Excused from Settlement Conference** [Docket No. 91; Filed January 4, 2011] (the "Motion").  Pursuant to the Motion, the *Bivens* Defendants seek to clarify that the order setting a Settlement Conference in this case which requires the attendance of all parties does not include the *Bivens* Defendants.  In the alternative, if their attendance is mandated, they wish to be excused in lieu of their attorney attending in person with authority to settle on their behalf under certain conditions.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**.  The Court's Order setting a Settlement Conference applies equally to all parties.  As such, the Order mandates that all parties appear at the Settlement Conference in person.

To the extent that the *Bivens* Defendants seek clarification otherwise, the Motion is **denied**. However, given the agreement of the parties, the *Bivens* Defendants' request to be excused from attending the Settlement Conference is **granted in part**.

IT IS FURTHER **ORDERED** that defense counsel shall appear in person and have appropriate settlement authority. However, the *Bivens* Defendants shall be available by telephone. To this end, defense counsel shall obtain a telephone number where each of his clients may be reached, if necessary, throughout the duration of the Settlement Conference.

Dated: January 5, 2011