IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00879-REB-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado;
JOHN LONGSHORE, in his individual capacity as Director of the ICE Denver Field Office;
JASON CLEMENS, in his individual capacity as Immigration Enforcement Agent in ICE's Denver Field Office;
BRET R. TALBOT, in his individual capacity as Immigration Enforcement Agent in ICE's Denver Field Office;
KELLI SAYERS, in her individual capacity as Immigration Enforcement Agent in ICE's Denver Field Office;
WAYNE RICHARDSON, in his individual capacity as an employee in ICE's Denver Field Office;
JEFF JENKINS, in his individual capacity as an employee in ICE's Denver Field Office;
EDDIE SANCHEZ, in his individual capacity as an employee in ICE's Denver Field Office;
SHANNON SANTOS, in his individual capacity as an employee in ICE's Denver Field Office, and
UNITED STATES OF AMERICA,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Stay by [Defendants] John Longshore, Jason Clemens, Bret Talbot, Kelli Sayers, Wayne Richardson, Jeff Jenkins, Eddie Sanchez, and Shannon Santos** [Docket No. 103; Filed January 24, 2011] (the "Motion").  The Motion, which is opposed by Plaintiff, seeks a stay of the case, including trial preparation deadlines and the trial date.  The Court has no authority to grant a stay under these circumstances when to do so would negatively impact a party's ability to prepare for trial.  The Trial Preparation Conference and trial date are set and maintained by the District Judge assigned to this matter.  Those dates are April 15, 2011 and May 3, 2011, respectively.  Until such dates are vacated or reset by the District Judge, a stay is not appropriate.  Moreover, according to a pleading filed by Plaintiff on January 24, 2011 [Docket No. 105], the parties are very close to finalizing a settlement which would fully resolve the case as to Plaintiff and the Defendants seeking a stay.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:  January 25, 2011