**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00879-REB-KLM

LUIS QUEZADA,

     Plaintiff,

v.

TED MINK, Sheriff of Jefferson County, Colorado, in his official capacity,
JOHN LONGSHORE, Director of the ICE Denver Field Office, in his individual capacity,
JASON CLEMENS, Immigration Enforcement Agent in ICE's Denver Field Office, in his individual capacity,
BRET R. TALBOT, Immigration Enforcement Agent in ICE's Denver Field Office, in his individual capacity,
KELLI SAYERS, Immigration Enforcement Agent in ICE's Denver Field Office, in her individual capacity,
WAYNE RICHARDSON, employee in ICE's Denver Field Office, in his individual capacity,
JEFF JENKINS, employee in ICE's Denver Field Office, in his individual capacity,
EDDIE SANCHEZ, employee in ICE's Denver Field Office, in his individual capacity,
SHANNON SANTOS, employee in ICE's Denver Field Office, in his individual capacity, and
UNITED STATES OF AMERICA,

     Defendants.

---

**ORDER APPROVING NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS JOHN LONGSHORE, JASON CLEMENS, BRET R. TALBOT,
KELLI SAYERS, WAYNE RICHARDSON, JEFF JENKINS, EDDIE SANCHEZ
AND SHANNON SANTOS, ONLY**

---

**Blackburn, J.**

     The matter before me is the **Notice of Dismissal Without Prejudice of

Plaintiff's Claims Against Defendants John Longshore, Jason Clemens, Bret R.

Talbot, Kelli Sayers, Wayne Richardson, Jeff Jenkins, Eddie Sanchez, and

Shannon Santos** [#110] filed January 28, 2011.  After reviewing the notice and the file,

I conclude that the notice should be approved and that plaintiff's claims against

defendants, John Longshore, Jason Clemens, Bret R. Talbot, Kelli Sayers, Wayne

Richardson, Jeff Jenkins, Eddie Sanchez, and Shannon Santos, should be dismissed

without prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Notice of Dismissal Without Prejudice of Plaintiff's Claims**

**Against Defendants John Longshore, Jason Clemens, Bret R. Talbot, Kelli Sayers,**

**Wayne Richardson, Jeff Jenkins, Eddie Sanchez, and Shannon Santos** [#110] filed

January 28, 2011, is **APPROVED**;

     2.  That plaintiff's claims against defendants, John Longshore, Jason Clemens,

Bret R. Talbot, Kelli Sayers, Wayne Richardson, Jeff Jenkins, Eddie Sanchez, and

Shannon Santos, are **DISMISSED WITHOUT PREJUDICE**;

     3.  That any motion filed on behalf of defendants, John Longshore, Jason

Clemens, Bret R. Talbot, Kelli Sayers, Wayne Richardson, Jeff Jenkins, Eddie Sanchez,

and Shannon Santos, is **DENIED** as moot;  and

     4.  That defendants, John Longshore, Jason Clemens, Bret R. Talbot, Kelli

Sayers, Wayne Richardson, Jeff Jenkins, Eddie Sanchez, and Shannon Santos, are

**DROPPED** as named parties to this litigation, and the case caption is amended

accordingly.

     Dated January 28, 2011, at Denver, Colorado.

                          **BY THE COURT:**

                          Robert E. Blackburn

                          United States District Judge