**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00879-WJM-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado, and UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER**

---

This matter is before the Court on the parties' "Stipulated Motion for a Continuance of the Trial Date." (Doc. # 118.) Upon review of the case file, the Court ORDERS as follows:

- The parties' "Stipulated Motion for a Continuance of the Trial Date" (Doc. # 118) is GRANTED. Accordingly, the trial set for May 2, 2011 is VACATED. The trial preparation conference set for April 15, 2011 is also VACATED.

- The trial is rescheduled for five days beginning **November 14, 2011 at 8:30 a.m.** The trial preparation conference is rescheduled for **October 28, 2011 at 10:00 a..m.** Both will occur in Courtroom A601 of the Arraj U.S. Courthouse.

- In light of this ruling, the following motions are DENIED AS MOOT:

    - Plaintiff and Defendant Mink's "Joint Unopposed Motion to Continue Trial Date" (Doc. # 79).

1

- Plaintiff's "Notice of Withdrawal of Joint Unopposed Motion to Continue Trial Date" (Doc. # 85), which was construed as a motion to withdraw.
- Defendant Mink's Renewed Motion to Vacate and Continue the Trial (Doc. # 87).
- Plaintiff's "Motion for Leave to File Sur-reply in Opposition to Defendant Mink's Motion to Continue and Vacate Trial Date" (Doc. # 113).

Dated this 1st day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge