**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10-cv-00879-WJM-KLM

LUIS QUEZADA,

Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado, and UNITED STATES OF AMERICA,

Defendants.

---

**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER GRANTING MOTION TO QUASH**

---

On November 3, 2010, Magistrate Judge Kristen Mix issued an Order granting an oral Motion to Quash Subpoena filed by non-party United States Department of Homeland Security. (Doc. # 69.) The case is before the Court on Defendant Mink's objection to that order. (Doc. # 70.)

In considering objections to non-dispositive rulings by a U.S. Magistrate Judge, the Court must adopt the Magistrate Judge's rulings unless it finds the rulings are "clearly erroneous or contrary to law." FED. R. CIV. P. 72(a); 28 U.S.C. § 636(b)(1)(A); *Hutchinson v. Pfeil*, 105 F.3d 562, 566 (10th Cir. 1997); *Ariza v. U.S. West Communications, Inc.*, 167 F.R.D. 131, 133 (D. Colo. 1996). Accordingly, Mink's objections will be overruled unless the Court finds the Magistrate Judge abused her discretion or, if after viewing the record as a whole, the Court is left with a "definite and

firm conviction that a mistake has been made." *Ariza*, 167 F.R.D. at 133 (citing *Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988)).

The Court finds that Magistrate Judge Mix did not abuse her discretion. Nor is the Court left with a definite and firm conviction that a mistake has been made. Finally, Magistrate Judge Mix's Order is not contrary to controlling law, *i.e.,* Supreme Court and Tenth Circuit precedent. Accordingly, Defendant Mink's objection (Doc. # 70) is OVERRULED and Magistrate Judge Mix's Order on Motion to Quash Subpoena (Doc. # 69) is AFFIRMED.

Dated this 1st day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge