**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-00879-WJM-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, in his official capacity as the Sheriff of Jefferson County, Colorado, and UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST THE UNITED STATES OF AMERICA WITH PREJUDICE**

---

This matter is before the Court on the Stipulated Motion to Dismiss Plaintiff's Claims Against Defendant United States of America ("USA") with Prejudice filed May 6, 2011 (ECF No. 129) (the "Stipulated Motion").  This Court ordered (ECF No. 130) Defendant Ted Mink to file a response to the said Motion based on his opposition to the motion resulting from Defendant Mink's outstanding discovery requests with the USA. Defendant Mink has withdrawn his objection to the Stipulated Motion (ECF No. 133).

There being no opposition to the Stipulated Motion, the Court having reviewed same and being fully apprised, hereby ORDERS as follows:

The Stipulated Motion to Dismiss Plaintiff's Claims Against Defendant United States of America is GRANTED.  The claims against the Defendant United States of America are hereby DISMISSED WITH PREJUDICE, each affected party to bear his or its attorney's fees and costs.

Dated this 13th day of May, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge