**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.: 1:10-cv-00879-WJM-KLM

LUIS QUEZADA,

    Plaintiff,

v.

TED MINK, Sheriff of Jefferson County Colorado, in his official capacity, and UNITED STATES OF AMERICA

    Defendant.

## STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS

Plaintiff Luis Quezada and Defendant Jefferson County Sheriff Ted Mink, through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree as follows:

1.    By Order dated May 13, 2011, this Court dismissed all claims against Defendant United States of America.  (Dkt. # 134.)  Accordingly, the sole remaining defendant in this action is Ted Mink.

2.    Plaintiff Quezada and Defendant Mink have entered into a voluntary settlement fully resolving this dispute.  Pursuant to that settlement, they stipulate and agree to the dismissal of this action, with prejudice, with no award of fees or costs to either party.

WHEREFORE, the parties request that the Clerk be directed to close this case in light of the Parties' stipulation.

Respectfully submitted this third day of June, 2011.

| Plaintiff Luis Quezada | Defendant Jefferson County Sheriff Ted Mink |
|---|---|
| By: s/ Daniel D. Williams | By: s/ *Writer Mott* |
| Daniel D. Williams<br>Kirk M. Neste<br>Jeffrey Roberts<br>FAEGRE & BENSON LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, Colorado 80203-4532<br>E-mail: kneste@faegre.com | Writer Mott<br>Assistant County Attorney<br>100 Jefferson County Pkwy., Ste. 5500<br>Golden, Colorado 80419<br>E-mail: wmott@jeffco.us |
| | *Counsel for Defendant Jefferson County Sheriff Ted Mink* |
| *Counsel for Plaintiff Luis Quezada* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal of All Remaining Claims was filed this 3rd day of June, 2011, via the ECF Filing System, which will send a true and correct copy via email to the following:

Daniel D. Williams
FAEGRE & BENSON LLP
1900 Ninth Street
Boulder, Colorado 80302-5178
E-mail: dwilliams@faegre.com

Jeffrey S. Roberts
Kirk M. Neste
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
E-mail: Jsroberts@faegre.com
        Kneste@faegre.com

Mark Silverstein
Rebecca T. Wallace
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO
400 Corona Street
Denver, Colorado 80218
E-mail:  msilver2@att.net
         rtwallace@aclu-co.org

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
E-mail: Ojadwat@aclu.org

Writer Mott
James L. Burgess
Assistant County Attorney
100 Jefferson County Pkwy., Ste. 5500
Golden, Colorado 80419
Telephone: (303)271-8932
E-mail:  wmott@jeffco.us
         jburgess@jeffco.us

4

J. Max Weintraub
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
E-mail:  Jacob.weintraub@usdoj.gov

/s/ Heather Spiker
Legal Assistant

fb.us.6892447.01